

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Allen C. Wilson
County Attorney
Kendall County
Boerne, Texas

Dear Mr. Wilson:

Opinion No. O-557
Re: Right of persons holding sup-
plementary license at regular
place of business to have same
transferred so as to sell beer
on Sunday at a picnic, rodeo,
dance, etc.

Your request for an opinion on the
following question:

"May persons holding a supple-
mentary license at his regular place
of business have the same transferred
so as to sell beer on Sunday at a
picnic, rodeo, dance etc"?

has been received by this office.

Article 667-3, § 1 of Vernon's Penal
Code of Texas, reads as follows:

"There is hereby provided a 'Tem-
porary License' authorizing the sale
by retail delaers of beer for consump-
tion on or off the premises where sold.
The fee for such temporary license
shall be Five ($5.00) Dollars. Such
licenses shall be issued by the asses-
sor and the collector of Taxes upon
application approved by the County

Judge, but no such permit shall be
issued to any person who does not also
hold a license as provided in sub-
section (d) of this section, and no
such permit shall authorize the sale
of beer at any point outside the coun-
ty where same is issued.  Any such
temporary license shall expire at the
end of the fourth day at the date the
same is issued.  Fees collected upon
the issuance of such temporary licenses
shall be retained by the county, and
no other fees shall be charged for
such licenses; and no refund shall be
allowed upon the surrender of non-use
of any such license.  The County Judge
shall issue such licenses only for
the sale of beer at picnics, celebra-
tions, or similar events, and may re-
fuse to issue such licenses if in his
judgment the issuance of the license
would in any manner be detrimental
to the public."

In regard to supplementary license, Ar-
ticle 667-10a of Vernon's Penal Code of Texas,
reads, in part, as follows:

"It shall be unlawful for any per-
son to sell beer or offer same for
sale between the hours of 12:00 o'clock
midnight and 7:00 a.m. of any day or
from and after 12:00 o'clock midnight
Saturday until 7:00 a.m. Monday of the
following week; provided, however, that
any holder of a Retail Dealer's License
or a Wine and Beer Retailer's Permit
shall, upon showing to the satisfaction
of the County Judge that he is engaged
also in the sale of food and other

commodities for human consumption, and
that the sale of beverages for which
a license is required does not during
such prohibited hours normally in the
course of any one week's time amount
in dollars and cents to more than the
sale value of food and other commodi-
ties for human consumption sold by
such licensee during such hours, be
entitled without being required to
pay any fee therefor, to a supplemen-
tary license authorizing him to sell
such beverages during any hour of any
day. Said supplementary license shall
be on a form furnished by the Board
or Administrator and upon being is-
sued shall be attached to and become
a part of basic license of the hold-
er, and such supplementary license
shall expire with the license of which
it is a part; * * * "

From a careful reading of this statute,
in regard to supplementary license, it is our
opinion that such license does not authorize
the holder of same to sell beer on Sunday at
picnics, rodeos, dances, etc.

It is our further opinion that if a
dealer wishes to avail himself of the privi-
lege of selling beer at picnics, rodeos, and
other celebrations, and similar events, that
he shou d pay the temporary license fee of
five dollars.

Trusting that this is the information,
which you seek, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Fred C. Chandler*

Fred C. Chandler
Assistant

FCC:omb

APPROVED JUN 21, 1939

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN